No. 89-6036. CLINE *v.* SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89-6037. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89-6038. JONES *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 89-6041. WION *v.* WILSON, DETECTIVE, MIDLAND CITY POLICE DEPARTMENT. C. A. 5th Cir. Certiorari denied.

No. 89-6048. LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89-6050. ABDOLLAHI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89-6051. PAIGE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89-6052. JEFFERSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 89-6055. RYAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89-6057. WHITING *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89-6058. HAYES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89-6059. GILYARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89-6063. THARPE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89-6064. NORD *v.* LINCOLN COUNTY CIRCUIT COURT. Sup. Ct. Ark. Certiorari denied.

No. 89-6065. BILAL *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89-6066. VISSER *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (WELLS FARGO BANK, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.